AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| BRANDON FELLOWS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     BRANDON FELLOWS                                                              ,

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☑ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a) (Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2) (Violent Entry or Disorderly Conduct)

2021.01.15
19:52:23 -05'00'

Date:     01/15/2021

*Issuing officer's signature*

City and state:     Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/15/2021 , and the person was arrested on *(date)* 1/16/2021 at *(city and state)* Albany, New York . <br><br> Date: 1/16/2021 <br><br> TFO Jason W. Manchuck *Arresting officer's signature* <br><br> TFO Jason Manchuck *Printed name and title* |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| BRANDON FELLOWS | ) | Case No. |
| | ) | |
| | ) | NDNY Case No.: 1:21-MJ-032-DJS |
| | ) | |
| | ) | |

*Defendant(s)*

U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Jan 16 - 2021**

AT _9_ O'CLOCK _51_ MINUTES
John M. Domurad, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the

_____ District of _____ Columbia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a) | Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent LaNard Taylor, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone (specify reliable electronic means).

Date: _____ 01/15/2021 _____

2021.01.15 19:55:12
-05'00'
*Judge's signature*

City and state: _____ Washington, D.C. _____    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No:** |
| | : | |
| **v.** | : | |
| | : | **VIOLATIONS:** |
| | : | |
| **BRANDON FELLOWS** | : | **18 U.S.C. § 1752(a),** |
| | : | **(Restricted Building or Grounds)** |
| **Defendant.** | : | |
| | : | **40 U.S.C. § 5104(e)(2)** |
| | : | **(Violent Entry or Disorderly Conduct)** |

<u>**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
AND ARREST WARRANT**</u>

I, LaNard Taylor, Special Agent with the Federal Bureau of Investigation ("FBI"),

being duly sworn, deposes and states under penalty of perjury that the following is true to the

best of my information, knowledge and belief.

<u>**PURPOSE OF AFFIDAVIT**</u>

1.      This Affidavit is submitted in support of a Criminal Complaint charging

BRANDON CRAIG FELLOWS ("FELLOWS") with violations of 18 U.S.C. § 1752(a) and 40

U.S.C. § 5104(e)(2). Specifically, on or about January 6, 2021, FELLOWS traveled to

Washington, D.C., and knowingly and willfully joined a crowd of individuals who forcibly

entered the U.S. Capitol and impeded, disrupted, and disturbed the orderly conduct of business

by the United States House of Representatives and the United States Senate.

<u>**AGENT BACKGROUND**</u>

2.      I have been a Special Agent with the FBI since June 2016. I am presently

assigned to the Washington Field Office's International Corruption Squad, where I am

responsible for investigating Antitrust, Foreign Corrupt Practices Act, and Kleptocracy

violations. I was previously assigned to the FBI's Los Angeles Field Office, where I was responsible for investigating public corruption, fraud against the government, violent crime, narcotics offenses, and a host of other violations of federal law. Prior to my employment with the FBI, I was a law enforcement officer in the State of Florida for four years, where I investigated crimes relating to fraud, narcotics, violent crimes, and a variety of other criminal acts.

3.      I am one of the agents assigned to an ongoing investigation of riots and civil disorder that occurred on January 6, 2021 in and around the United States Capitol grounds by the FBI, United States Capitol Police ("USCP"), Metropolitan Police Department ("MPD") and other law enforcement agencies. Since I became involved in this investigation on January 6, 2021, I have conducted interviews, reviewed public tips, reviewed publicly available photos and video, and reviewed relevant documents, among other things.

4.      The facts in this affidavit come from my review of the evidence, my personal observations, my training and experience, and information obtained from other agents and witnesses. Except as explicitly set forth below, I have not distinguished in this affidavit between facts of which I have personal knowledge and facts of which I have hearsay knowledge. This affidavit is intended to show simply that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter.

### BACKGROUND

5.      On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, located at First Street Southeast, Washington, District of Columbia. During the joint session, elected members of the United States House of Representatives and Senate met in the United States Capitol to certify the vote count of the Electoral College for the 2020 Presidential Election, which took place on November 3, 2020.

6.     The U.S. Capitol is secured 24 hours a day by security barriers and USCP occupy various posts throughout the grounds. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by USCP. USCP officers wore uniforms with clearly marked police patches, insignia, badges, and other law enforcement equipment. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

7.     The January 6, 2021 joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Michael R. Pence was present and presiding, first in the joint session, and then in the Senate chamber.

8.     As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building and USCP were present, attempting to keep the crowd away from the Capitol building and the proceedings underway inside. As the certification proceedings were underway, the exterior doors and windows of the Capitol were locked or otherwise secured.

9.     At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and past officers of the USCP, and the crowd advanced to the exterior façade of the building.  The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by the USCP or other authorized security officials.

10.    A short time later, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice

President Pence, were instructed to—and did—evacuate the chambers. As such, all proceedings

of the United States Congress, including the joint session, was effectively suspended until shortly

after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful

entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S.

Capitol without any security screening or weapons check, Congressional proceedings could not

resume until after every unauthorized occupant had left the U.S. Capitol, and the building had

been confirmed secured.  The proceedings resumed at approximately 8:00 pm after the building

had been secured.  Vice President Pence remained in the United States Capitol from the time he

was evacuated from the Senate Chamber until the sessions resumed.

11.     During national news coverage of the aforementioned events, video footage

which appeared to be captured on mobile devices of persons present on the scene depicted

evidence of violations of local and federal law, including scores of individuals inside the U.S.

Capitol building without authority to be there.

## STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

12.     Beginning on or about January 7, 2021, the investigative agencies began receiving

tips, reviewing video, and researching open-source materials. Multiple tips and open-source

information identified FELLOWS as being involved.

13.     On or about January 8, 2021, Instagram account @Brandoncraigfellows, believed

to be used by FELLOWS, posted a series of pictures, including one depicted a person sitting on a

police motorcycle. In the photograph, shown below, the person wore a gray and black costume

hat with an fake orange beard attached. The person also wore a black jacket with white sleeves,

which contained red stripes and the letters "USA" in blue letters.



14.     In the photo above, and many of the videos and photos mentioned below, the individual who identifies himself as Brandon Fellows has what appears to be a fake orange beard on his face, obscuring half of his face.  However, the Bloomberg article referenced below contained another photograph of FELLOWS with only sunglasses on and no fake beard and the @Brandoncraigfellows Instagram account contained videos and photos of FELLOWS with nothing obscuring his face.  Law enforcement retrieved a driver license photograph (shown below) of FELLOWS, DOB 04/11/1994, a resident of  Schenectady, New York, and confirmed it was consistent with   the photos and videos of FELLOWS described below.   In addition, in multiple of the sources described below, FELLOWS describes himself as being from Albany, NY, and then appears to correct himself to name a town or location near Albany.  Albany is about 20 miles outside of Schenectady.

LICENSE PHOTOGRAPH OF FELLOWS:



PHOTOGRAPH POSTED ON INSTAGRAM ACCOUNT:



15.   A video posted to CNN's website

(https://www.cnn.com/videos/business/2021/01/07/capitol-riot-inside-look-reeve-pkg-lead-

vpx.cnn/video/playlists/congress-affirms-president-elect-biden-win/) depicted the Capitol breach

and shows what appears to be FELLOWS giving an interview to a reporter. During the interview FELLOWS stated, in part, "Yeah we went in there and then I walked in and there's just a whole bunch of people lighting up in some Oregon room...they were smoking a bunch of weed in there." FELLOWS went on to say, "cops are very cool, they were like hey guys have a goodnight, some of them, which is crazy, it's really weird, you can see that some of them were on our side." In the interview, FELLOWS wore a hat and jacket consistent with those shown in paragraph 13 (sitting on the motorcycle). A screenshot of the interview is below.



16.     On January 6, 2021, United States Senator Jeffrey Merkley (of Oregon) posted a video to his Twitter account, documenting damage done to his office as a result of the breach. In the video, Senator Merkley indicated items were stolen, damaged, and destroyed. A cigarette butt and ashes were also left behind. A screenshot of the video is below.



17.     On January 6, 2021, a live stream video on the DLive platform was broadcasted to

the public from user "Baked Alaska" and a portion was later posted on Twitter. In the video,

several people were observed in an office that appeared to be within the Capitol.  The video

showed a person who appeared to be FELLOWS, sitting at a table with his feet propped up on a

table, as shown in the still shot below. The chairs, table, drapes, and wall art appeared to be

consistent with those in the office posted by Senator Merkley.    The conference room in which

FELLOWS is present appears to be Senate room S140, the private "hideaway" office of Senator

Merkley within the U.S. Capitol.  The artwork visible on the walls of the conference room in the

video is also visible on a video that Senator Merkley posted to Twitter on January 6, 2021, at

11:36pm, documenting some of the damage to his office, as described above.  At this time, there

is no evidence that FELLOWS was involved in any of the theft, damage, or destruction – other

than being a part of the group that occupied the office for some period of time.



18.     On January 12, 2021, a witness provided screenshots from the "Brandon Craig Fellows" Facebook account, which has the words: "We took the Capitol and it was glorious" under the profile photo. (The profile photos is the same motorcycle photo of FELLOWS included above.)  In the screenshot, a thread of conversations between various Facebook members is captured discussing whether or not the rioters accomplished anything by overtaking the Capitol.  After someone says the rioters accomplished nothing and noted that "the government is not scared" of the rioters,  the Fellows account posts:

 **Brandon Craig Fellows**

oh I saw the fear 😄 😂
And they know many of us had
guns at our hotel rooms and
vehicles... we just aren't pissed
enough to kill the police or
military. But we will fight them and
make them retreat. Maybe things
will get worse. All I do know is the
more we are forced and silenced
into things that we don't agree
with the worse it will be.

19.     On January 12, 2021, Bloomberg published a story entitled "'No Regrets': A

Capitol Rioter Tells His Story From Inside." The story identified the rioter interviewed as

"Brandon Fellows," a 26 year old from upstate New York and included photographs of

FELLOWS, including one without anything covering his face other than sunglasses (shown

below). In the story, the interviewee, believed to be FELLOWS, was quoted as saying "I have

no regrets…I didn't hurt anyone, I didn't break anything. I did trespass though, I guess." The

article also quoted FELLOWS as saying his Bumble dating profile was "blowing up" after he

posted a picture of himself at the Capitol. Bloomberg reported that during the breach of the

Capitol, FELLOWS had his feet propped up on a table in the office of a U.S. Senator.  The

article quoted FELLOWS as saying: "This one is going to get me incriminated," about the video

of his feet on the Senator's table.   According to the article, "Fellows said he watched a fellow

Trump supporter bashing in a door at the Capitol with a cane and eventually break through the

door. A crowd of rioters pushed through only to be pushed back outside by police officers. Once

the building was overrun, he said he initially hesitated before going in but did so after hearing

that people inside weren't being arrested. He got in through a broken window." According to the

article, "Fellows's interactions with police officers inside the Capitol led him to believe there wouldn't be consequences for going inside. 'Did I think I was going to get in trouble?' Fellows said. 'Uh, no.'"   The article further described FELLOWS as claiming he was planning to return to Washington for more protests surrounding President-Elect Joe Biden's inauguration on Jan. 20, and he predicted there would be more violence.

20.     On or about January 12, 2021, TikTok account @brandonfellows3, believed to be used by FELLOWS, posted a video of FELLOWS saying, in part, "I'm not a terrorist, but I will be posting more photos so long as the FBI doesn't come get me for walking in and taking photos and saying have a nice night to the police."

21.     On January 6. 2021, a YouTube Account Holder (https://www.youtube.com/watch?v=gGLLJ-WssSY) live streamed a video where an unknown male ("UM1") walked down the street and talked into the camera about the breach of the Capitol. During the video, UM1 began talking to unknown male ("UM2") on the street. UM1 asked UM2, "were you guys in there?" to which UM2 responded "Oh dude I was right…I got video of the break in. I was right there, right next to it." After a brief conversation, UM1 asked if he could put UM2 on camera and UM2 consented. UM2 appeared to be FELLOWS and he wore the same clothing as when he was seen in the Capitol. Once FELLOWS appeared on camera, he stated "Hey there. My name is Brandon Fellows from Albany, New York, well [unintelligible]." (In context, FELLOWS appears to be referring to a town or location near Albany.)

## CONCLUSION

For the reasons set forth above, I submit there is probable cause to believe that FELLOWS, violated:

1.  18 U.S.C. § 1752(a), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or (3) knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions, obstruct or impede ingress or egress to or from any restricted building or grounds. For purposes of Section 1752 of Title 18, a restricted building includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance; and

2.  40 U.S.C. § 5104(e)(2), which makes it a crime for an individual or group of individuals to willfully and knowingly  (C) with the intent to disrupt the orderly conduct of official business, enter or remain in a room in any of the Capitol Buildings set aside or designated for the use of- (i) either House of Congress or a Member, committee, officer, or employee of Congress, or either House of Congress; or (ii) the Library of Congress; (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a

committee of Congress or either House of Congress; or (G) parade, demonstrate, or

picket in any of the Capitol Buildings.

As such, I respectfully request that the court issue an arrest warrant for FELLOWS.  The statements

above are true and accurate to the best of my knowledge and belief.

Respectfully Submitted,

LaNard Taylor
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone, this 15th day of January 2021.

2021.01.15
20:00:12
-05'00'

Zia M. Faruqui

U.S. MAGISTRATE JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| BRANDON FELLOWS | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     BRANDON FELLOWS                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☑ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a) (Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2) (Violent Entry or Disorderly Conduct)

Date:     01/15/2021                             _____
                                                                 *Issuing officer's signature*

City and state:     Washington, DC                   Zia M. Faruqui, U.S. Magistrate Judge
                                                                 *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                        _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the

Northern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:21-MJ-032-DJS |
| | ) | |
| BRANDON FELLOWS | ) | Charging District's Case No. |
| *Defendant* | ) | |

### WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*     District of Columbia

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☒     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
☒ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     01/19/2021                          x _Brandon Fellows_____
                                                                    *Defendant's signature*

                                         Gene V. Primomo          Digitally signed by Gene V. Primomo
                                                                                  Date: 2021.01.19 16:02:36 -05'00'
                                         _____
                                                              *Signature of defendant's attorney*

                                         _____
                                                            *Printed name of defendant's attorney*

   

AO 98 (Rev. 12/11) Appearance Bond

U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Jan 19 - 2021**

AT 3 O'CLOCK 41 MINUTES
John M. Domurad, Clerk

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| BRANDON FELLOWS | ) | Case No.  1:21-MJ-032-DJS |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I,  _____ BRANDON FELLOWS _____ *(defendant)*, agree to follow every order of this court, or any
court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )    to appear for court proceedings;

( X )    if convicted, to surrender to serve a sentence that the court may impose; or

(    )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(    ) (1)  This is a personal recognizance bond.

( X ) (2)  This is an unsecured bond of $  25,000.00 _____ .

(    ) (3)  This is a secured bond of $  _____ , secured by:

(    ) (a) $  _____ , in cash deposited with the court.

(    ) (b)  the agreement of the defendant and each surety to forfeit the following cash or other property
*(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan -- and attach proof of
ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

(    ) (c)  a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above
agreement. The court may immediately order the amount of the bond surrendered to the United States, including the
security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court
may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including
interest and costs.

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.*  The court may order this appearance bond ended at any time.  This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.*  I, the defendant – and each surety – declare under penalty of perjury that:

(1)   all owners of the property securing this appearance bond are included on the bond;

(2)   the property is not subject to claims, except as described above; and

(3)   I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.*  I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me.  I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true.  (See 28 U.S.C. § 1746.)

Date:   01/19/2021

x _____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

Clerk of Court

Date:   1/19/2021

s/Maria Blunt
_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date:   1/21/2021

_____
*Judge's signature*

   

AO 199A  Order Setting Conditions of Release

# United States District Court
### Northern District of New York



FILED

**Jan 19 - 2021**

AT **3** O'CLOCK **38** MINUTES
John M. Domurad, Clerk

United States of America

V.

**BRANDON FELLOWS**

Defendant

**ORDER SETTING CONDITIONS
OF RELEASE**

Case Number : 1:21-MJ-032-DJS

IT IS ORDERED that the release of the defendant is subject to the following conditions:

    (1)  The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

    (2)  The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

    (3)  The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

    (4)  The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.  The defendant shall appear at:

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(✔)    (4)  The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(  )    (5)  The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
_____ dollars ($_____) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

### Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(  )    (6)  The defendant is placed in the custody of:
        (Name of person or organization):_____

        (City and state):_____ (Tel. No.)_____
who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

        Signed:_____ _____
                        Custodian or Proxy           Date

AO 199A  Order Setting Conditions of Release

## Conditions of Release (continued)

(X)   (7)  The defendant shall:

(X) (a)  Report to the Pretrial Services upon release, telephone number (518) 257-1700 , and as directed thereafter.  The defendant shall allow a probation officer to visit at anytime at the defendant's home or elsewhere, and shall permit confiscation of any contraband observed in plain view of the probation officer.  The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

(X) (b)  Execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: **in the amount of $25,000.00 unsecured.**

( ) (c)  Post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described:

( ) (d)  Execute a bail bond with solvent securities in the amount of

(X) (e)  Maintain or actively seek employment.

( ) (f)  Maintain or commence an educational program if not employed

(X) (g)  Surrender any passport to: **The Clerk of the Court**[1].  Defendant does not have a US Passport.

(X) (h)  Obtain no passport or travel documents.

(X) (i)  Restrict travel to the Northern of New York unless approved by Pretrial Services or the Court.

(X) (j)  Remain at an authorized address as approved by Pretrial Services or the Court.  Defendant is to live with his mother in Schenectady, NY.

( ) (k)  Avoid all contact with co-defendants and defendants in related cases unless approved by Pretrial Services or the Court.

( ) (l)  Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to : _____

( ) (m)  Submit to a mental health evaluation and/or treatment as approved by Pretrial Services or the Court.  The defendant shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or availability of third party payments.

( ) (n)  Return to custody each (week)day as of  after being released each (week)day as of  for employment, schooling, or the following limited purpose(s):

( ) (o)  Maintain residence at a halfway house or community corrections center, as approved by Pretrial Services or the Court.

(X) (p)  Refrain from ( ) any (X) excessive use of alcohol.

(X) (q)  Refrain from possession, use, distribution, importation, or manufacture of any and all controlled substances and any and all controlled substance analogues, as defined in 21 U.S.C. §802, except that possession and use of a controlled substance properly prescribed by a licensed medical practitioner is permitted.

(X) (r)  Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, and/or a remote alcohol testing system.

(X) (s)  Participate in and successfully complete a program of inpatient or outpatient substance abuse therapy and counseling approved by Pretrial Services or the Court.  The defendant shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or availability of third party payments.

(X) (t)  Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.

(X) (u)  Participate in one of the following home confinement program components and abide by all the requirements of the program which (X) will or ( ) will not include electronic monitoring or other location verification system.  You shall pay all or part of the cost of the program  as determined by the probation officer based upon ability to pay.

( ) (v)  **Curfew.** The defendant is restricted to the defendant's residence every day( ) from  to  or ( ) as directed by Pretrial Service or the Court.

(X) (w)  **Home Detention.** The defendant is restricted to the defendant's residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by Pretrial Services or the Court.

( ) (x)  **Home Incarceration.** The defendant is restricted to the defendant's residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by Pretrial Services or the Court.

(X) (y)  Report within 72 hours, to Pretrial Services or the Court any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

(X) (z)  The defendant shall not commit another crime, in the United States or elsewhere (including any criminal violation of the law of any province, state, county, town, city, village, or other subdivision of a country, or of any recognized tribe).

---

[1]For U.S. Passports, the passport will be returned to the U.S. Office of Passport Policy and Planning upon conviction; For Foreign Passports, the passport will be forwarded to the Bureau of Immigration and Customs Enforcement (ICE);  The passport will **only** be returned to the defendant if the case is dismissed.

AO 199A  Order Setting Conditions of Release

### Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor.  This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment and a $250,000 fine or both to obstruct a criminal investigation.  It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court.  The penalties for tampering, retaliating and intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

   (1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

   (2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

   (3)  any other felony, you shall be fined not more than $250,000 or imprisoned for not more than two years, or both;

   (4)  a misdemeanor, you shall be fined not more than $100,000 or imprisoned for not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed.  I am aware of the penalties and sanctions set forth above.

X _____
Signature of Defendant

_____
City and State

### Directions to United States Marshal

(x)  The defendant is ORDERED released after processing.

( )  The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release.  The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date:  __January 19, 201__                     _____
Hon. Daniel J. Stewart
U.S. Magistrate Judge

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**UNITED STATES OF AMERICA**

v.                                                    **1:21-MJ-032-DJS**

**BRANDON FELLOWS**

**Defendant**

_____

**DANIEL J. STEWART**
**U.S. MAGISTRATE JUDGE**

### ORDER TO RELEASE DETAINED DEFENDANT

The above-named Defendant has satisfied the conditions for release and the

Defendant shall be released from custody forthwith.

**IT IS SO ORDERED.**

Daniel J. Stewart
U.S. Magistrate Judge

**DATED:  January 19, 2021**

CLOSED

# U.S. District Court
# Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.5 (Revision 1.5.3)] (Albany)
# CRIMINAL DOCKET FOR CASE #: 1:21-mj-00032-DJS All Defendants

Case title: USA v. Fellows

Date Filed: 01/16/2021
Date Terminated: 01/19/2021

Assigned to: Magistrate Judge Daniel J. Stewart

**Defendant (1)**

**Brandon Fellows**
*TERMINATED: 01/19/2021*

represented by **Gene V. Primomo**
Office of the Federal Public Defender - Albany Office
39 North Pearl Street, 5th Floor
Albany, NY 12207
518-436-1850
Fax: 518-436-1780
Email: gene.primomo@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Active*
*Fee Status: waived_2019*

**Pending Counts**                    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                  **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                         **Disposition**

18:1752(a): Restricted Building or Grounds
40:5104(e)(2): Violent Entry or Disorderly

Conduct

---

**Plaintiff**

**USA**            represented by   **Joshua R. Rosenthal**
DOJ-USAO
445 Broadway
Room 218
Albany, NY 12207
518-431-0247
Fax: 518-431-0249
Email: joshua.rosenthal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*
*Fee Status: waived_2019*

**Richard D. Belliss**
Office of United States Attorney - Albany
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, NY 12207-2924
518-431-0247
Fax: 518-431-0249
Email: richard.belliss@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*
*Fee Status: waived_2019*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2021 | 1 | Rule 5(c)(3) Documents Received from the District of Columbia as to Brandon Fellows. (mab) (Entered: 01/19/2021) |
| 01/16/2021 | | Rule 5(c)(3) arrest of Brandon Fellows. (mab) (Entered: 01/19/2021) |
| 01/16/2021 | | Text Minute Entry for proceedings (10:31PM-10:41PM) held before Magistrate Judge Daniel J. Stewart: Initial Appearance pursuant to Rule 5(c)(3) as to Brandon Fellows held on 1/16/2021. Appearances: AUSA Rick Belliss. Defendant is present without counsel. Defendant is advised of his rights, charges, maximum penalties and given a copy of the Complaint filed in the District of Columbia. Defendant is questioned as to his financial circumstances. Based upon his responses, the Court finds that he qualifies for counsel and appoints the Office of the Federal Public Defender for representation. Government is not moving for detention, however, it is seeking specific conditions. The Court has concerns surrounding the release of Defendant and prefers to have a bail report and counsel present to address these concerns. A Detention/Removal Hearing is set for 1/19/2021 at 1:30 PM before Magistrate Judge Daniel J. Stewart. Defendant is remanded to the custody of the USMS. (Court Reporter: Recorded/CRD: Maria Blunt). (mab) (Entered: 01/19/2021) |

| 01/19/2021 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Brandon Fellows. Signed by Magistrate Judge Daniel J. Stewart on 1/19/2021. (mab) (Entered: 01/19/2021) |
|---|---|---|
| 01/19/2021 | 3 | NOTICE OF ATTORNEY APPEARANCE: Joshua R. Rosenthal appearing for USA as co-counsel with Attorney Richard Belliss (Rosenthal, Joshua) (Entered: 01/19/2021) |
| 01/19/2021 | 4 | PRETRIAL SERVICES INVESTIGATION REPORT - [LODGED] as to Brandon Fellows. **[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. Any further distribution or dissemination is prohibited.]** (anp, ) (Entered: 01/19/2021) |
| 01/19/2021 | 5 | NOTICE OF ATTORNEY APPEARANCE: Gene V. Primomo appearing for Brandon Fellows (Primomo, Gene) (Entered: 01/19/2021) |
| 01/19/2021 | | Text Minute Entry for proceedings (1:48PM-2:13PM) held before Magistrate Judge Daniel J. Stewart: Detention Hearing as to Brandon Fellows held on 1/19/2021. Appearances: AUSA Joshua Rosenthal o/b/o AUSA Rick Belliss and AFPD Gene Primomo. Defendant is advised that this matter is proceeding by video pursuant to General Order #59. Defendant and counsel consent to proceed by video. Defendant is reminded of his rights as stated during his Initial Appearance. The Court and counsel acknowledge receipt of the Pretrial Services Report. The Government does believe that Defendant is a risk of flight, however, it does not move for detention and agrees with the conditions recommended by Pretrial Services. Atty Primomo speaks on behalf of Defendant. After hearing from counsel, the Court does find the Defendant to be a risk of flight, however, the Court also finds that there are conditions that can be set. Defendant is directed to sign an unsecured bond in the amount of $25,000.00. Conditions of release are set. Defendant waives an Identity Hearing and a Preliminary Hearing in this District. Defendant will appear virtually before the District of Columbia at a date and time to be determined by such Court. The Court will make arrangements with the facility to provide Defendant with the release documents for his signature. Defendant is released on the conditions set forth by the Court. (Court Reporter: Theresa Casal/CRD: Maria Blunt). (mab) (Entered: 01/20/2021) |
| 01/19/2021 | 6 | WAIVER of Rule 5(c)(3) Hearings in this District by Brandon Fellows. (mab) (Entered: 01/20/2021) |
| 01/19/2021 | 7 | ORDER Setting Conditions of Release as to Brandon Fellows (1). Bond set in the unsecured amount of $25,000.00. Signed by Magistrate Judge Daniel J. Stewart on 1/19/2021. (mab) (Entered: 01/20/2021) |
| 01/19/2021 | 8 | Appearance Bond in case as to Brandon Fellows. Bond set in the unsecured amount of $25,000.00. (mab) (Entered: 01/20/2021) |
| 01/19/2021 | 9 | ORDER To Release Detained Defendant as to Brandon Fellows. Signed by Magistrate Judge Daniel J. Stewart on 1/19/2021. (mab) (Entered: 01/20/2021) |
| 01/20/2021 | | TEXT NOTICE to the Clerk, District of Columbia of a Rule 5 Appearance as to Brandon Fellows: On 1/16/2021, Defendant appeared in the NDNY as a result of an arrest warrant issued. Defendant waived his right to an Identity Hearing and a Preliminary Hearing in this district. A Detention Hearing was held on 1/19/2021 and Defendant was released. NDNY did not collect a bond or passport. Defendant signed an unsecured bond. Please use PACER Court Links to access the public docket and documents. (mab) (Entered: 01/20/2021) |